Harold S. ACKERMAN v. C. Howard HOOK and W. W. Miller, Individually and Doing Business as a Copartnership Under the Name and Style of Hook & Miller, John A. McCance, R. O. Graffius and Hook & Ackerman, Inc.; Harold S. Ackerman and Hook & Ackerman, Inc., Appellants.

No. 10860.

United States Court of Appeals Third Circuit.

Argued Jan. 22, 1953.

Decided Feb. 6, 1953.

Harry Price, New York City (Matthew Sidney Biron, Philadelphia, Pa., on the brief), for Harold S. Ackerman and Hook & Ackerman.

William B. Jaspert, Pittsburgh, Pa., for C. Howard Hook and W. W. Miller, ind. and d/b/a Hook & Miller, and for R. O. Graffius.

Before GOODRICH, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

The judgment of the district court in this case will be affirmed for the reasons set out by Judge Kirkpatrick in his opinion in that court, 109 F.Supp. 933.